IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

IN RE: DMCA SUBPOENA
TO: Global Frag Networks

2:18MC00067-UA

## DECLARATION OF B. BRETT HEAVNER

I, B. Brett Heavner, declare and testify as follows:

1. I am a partner at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and am admitted to practice law in the District of Columbia. I am authorized to represent the intellectual property interests of American Petroleum Institute.

2. On behalf of American Petroleum Institute, I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to identify the person(s) infringing American Petroleum Institute's copyrighted works as identified in the attachment to this declaration.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringer, and such information will only be used for the purpose of protecting rights under 17 U.S.C. § 101 *et seq.*

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. This declaration is executed on this 17th day of May 2018.

B. Brett Heavner, DC Bar # 437337